**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 06-7574**

—————————

EUGENE NESBITT, JR.,

                                        Plaintiff - Appellant,

        versus

MICHAEL G. BERG,

                                        Defendant - Appellee,

PARRIS   N.   GLENDENING;   MARTIN   O'MALLEY;
EDWARD T. NORRIS,

                                        Defendants.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (1:06-cv-01605-WMN)

—————————

Submitted:  March 29, 2007       Decided:  April 4, 2007

—————————

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Eugene Nesbitt, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Nesbitt, Jr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Nesbitt v. Berg</u>, No. 1:06-cv-01605-WMN (D. Md. Aug. 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>